H. S. DORF & CO., INC., v. UNITED STATES

No. 5130.—Invoice dated Yokohama, Japan, September 10, 1936.
Entered at New York October 16, 1936.
Entry No. 748654.

(Decided February 20, 1941)

Puckhafer, Rode & Rode (John D. Rode of counsel) for the plaintiff.

Charles D. Lawrence, Acting Assistant Attorney General (Daniel I. Auster, special attorney), for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that as to certain items of the merchandise the issue is the same as the issue in *United States* v. *Nippon Dry .Goods Co.*, Reap. Dec. 5006, and that the appraised value less any additions made by the importer by reason of the so-called Japanese consumption tax represents the proper dutiable export value of the merchandise.

On the agreed facts I find and hold the proper dutiable export value of the items marked A and checked JWT on the invoices to be the value found by the appraiser, less any amount added by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.